UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                              Case No. 10-20369

                                Honorable Sean F. Cox

Ronzeld Watkins,

    Defendant.

_____/

**ORDER REVOKING BOND
AND DETAINING DEFENDANT PENDING SENTENCING**

Defendant Ronzeld Watkins pleaded guilty to knowingly possessing with intent to distribute a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1) . Pursuant to 18 U.S.C. § 3143(a)(2), Defendant's bond is hereby REVOKED and Defendant is ORDERED to be DETAINED by the United States Marshal's Service for transfer to the custody of the Bureau of Prisons.

    IT IS SO ORDERED.

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: October 4, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on

October 4, 2010, by electronic and/or ordinary mail.

                                           S/Jennifer Hernandez
                                           Case Manager